HILDA B. WEBER, Respondent, *v.* R. SIMPSON & Co., INC., Appellant.

Argued June 14, 1945; decided July 19, 1945.

*Edmond M. Hanrahan* and *Joseph W. McGovern* for appellant.
*William Gilbert* and *Richard Talliesyn Davis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.